PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Lamont Williams  Cr.: 09cr464-1
 PACTS Number: 41977

Name of Sentencing Judicial Officer: The Honorable Malcolm Muir, United States District Judge
Name of New Judicial Officer: The Honorable Stanley R. Chesler, United States District Judge

Date of Original Sentence: 11/09/05

Original Offense: Possession with Intent to Distribute Cocaine Base

Original Sentence: Seventy-eight (78) months imprisonment followed by three (3) years supervised release

Type of Supervision: Supervised Release  Date Supervision Commenced: 04/13/09

## PETITIONING THE COURT

[X] To extend the term of supervision for years, for a total term of years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

LOCATION MONITORING PROGRAM (30 days) (Payment NOT waived)

You are to participate in the Location Monitoring Program. You shall be confined to your residence for a period of 30 days commencing at the direction of the U.S. Probation Office. You shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. You shall wear a Location Monitoring device and follow all location monitoring procedures. You shall permit the Probation Officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. You shall comply with any other specific conditions of home confinement as the Court may require. You shall pay all the costs associated with the Location Monitoring Device. The U.S. Probation Office may use less restrictive location monitoring technology if the U.S. Probation Office determines that a less restrictive device is available and appropriate.

## CAUSE

The offender changed his address and employment without giving the probation office the proper notification. In the beginning of October 2011, the offender moved from Newark, New Jersey to 253 Ryerson Road, Lincoln Park, New Jersey to live with his girlfriend. Around the same time, he changed employment, going from AM Supplies in Kearny, New Jersey to BER Plastics in Riverdale, New Jersey. The probation office only became aware of these changes when the probation office attempted to contact the offender on October 26, 2011. At that time, his former employer provided the offender new contact information. Based on the offender's Judgment in a Criminal Case, the offender is responsible for

notifying the probation office of any change in residence or employment ten (10) days prior to the change. This represents the second time the offender violated this condition, as he previously moved from Elmwood Park, New Jersey, to Newark, New Jersey, without notifying the probation office. The first incident was addressed via a verbal reprimand. As a sanction for violating the conditions of supervised release, he has agreed to be placed on electronic monitoring for thirty (30) days.

Respectfully submitted,

By: Patrick T. Hattersley
U.S. Probation Officer
Date: 11-15-11

THE COURT ORDERS:

[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____
Date